IN THE UNITED STATES 5TH DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GALVERSTON, TEXAS

IN THE MATTER OF

The Writ of Habeas Corpus( Foreign Relations Case):

ROYAL CONTINENTAL NUBIAN SUDAN GOVERNMENT Agent BIANCA C. JIMENEZ,

DEFENDANT/PLAINTIFF/ APPELLANT,

Vs,                                                              Case No. 21-cv-321 JB

TEXAS STATE DISTRICT COURT JUDGE

LINNIE COX; STATE OF TEXAS,

PLAINTIFF/DEFENDANT/APPELLEE.

United States Courts
Southern District of Texas
FILED
JAN 28 2022
Nathan Ochsner, Clerk of Court

## WRIT OF MANDAMUS

**COME NOW,** The Plaintiff/Appellant through her Royal Consul in the above named case and style moving the Honorable Court with good probable cause **WRIT OF MANDAMUS.**

The Overt Abuseiff progress shown (BY U.S. Court) in the Above named case by inference is an attempt to Suspend the **WRIT OF HABEAS CORPUS**, Avoid Timely Action, Attempted Negotiation which is a VIOLATING **THE U.S. Logan Act.**

**Please Apply Writ Fee Money Order No. R 21005092455[6] to the Writ of Mandamus application.   Please File this Writ of Mandamus.**

**THE** Defendant/Plaintiff/Appellant **Agent Jimenez** believe this is unfair; Political and out side of courts Mandate.  Defendant/Plaintiff/Appellant /Agent Jimenez Move the Court of due Process **Release** consistent with Diplomatic Application of Protocol. Thus, **Writ of Mandamus.**

01/25 /2022                                                *[signature: Lord Punchall]*

His Majesty Lord Punchall Executive

ROYAL CONTINENTAL NUBIAN SUDAN GOVERNMENT EMBASSY #15.

702 WEST FIRST STREET

DEMING, NEW MEXICO 88030, U.S.A.

(575)-694-4385 / punchardwilliamlord@gmail.com

EL PASO TX 798
RIO GRANDE DISTRICT
25 JAN 2022 PM 2 L

Ms. BIANCA L. JIMENEZ
C/O LORD PUNCHALL
ROYAL NUBIAN SUDAN EMBASSY #15
702 W. FIRST STREET
DEMING, NM. 88030

U.S. DISTRICT COURT CLERK
U.S. 5TH DISTRICT COURT
OF GALVESTON, TX
601 25TH STREET #411
GALVESTON, TEXAS
77550

United States Courts
Southern District of Texas
FILED

JAN 28 2022

Nathan Ochsner, Clerk of Court